# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATVINDER SINGH<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD POMPEO, SECRETARY OF STATE, U.S. DEPARTMENT OF STATE<br><br>Defendant. | Case No.: 2:19-CV-4494 TJH (GJSx)<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**  [JS-6] |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: JANUARY 11, 2021

TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE